Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:  Luisa X. Santis Jara
Debtor

                                                Case No.: 04–47384–RTL
                                                Chapter 7

Luisa X. Santis Jara
Plaintiff

v.

NJ Higher Education Student Assistance Authority
Defendant

Adv. Proc. No. 05–01451–RTL                                     Judge: Raymond T. Lyons Jr.

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on September 28, 2006, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 16 – 1
Opinion (related document:[1] Complaint filed by Plaintiff Luisa X. Santis Jara). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 9/28/2006 (nmd, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 28, 2006
JJW:

                                                                                    James J. Waldron
                                                                                    Clerk